No. 94–9715. GILBERT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9716. FULOP *v.* HAMILTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–9717. WHITLOCK *v.* GODINEZ, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 94–9718. WATKINS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–9719. JACKSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9721. JONES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–9722. GIBSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–9723. NWANZE *v.* MORCHOWER, LUXTON & WHALEY. C. A. 4th Cir. Certiorari denied.

No. 94–9724. DUCHI *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–9725. JENKINS *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 94–9726. LUCIEN *v.* BIERMAN. C. A. 7th Cir. Certiorari denied.

No. 94–9727. REDDIC *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9728. SARTIN *v.* DODSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–9730. WILSON *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 94–9731. WATSON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–9732. MARTINEZ *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.